UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  WA:25-CR-00119(1)-ADA |
| (1) CALEB PARKERSON | § § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  November 6, 2025 the United States Probation Office filed an Amended Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) CALEB PARKERSON, which alleged that Parkerson violated a condition of his supervised release and recommended that Parkerson's supervised release be revoked (Clerk's  Document No. 10).  A warrant issued and Parkerson was arrested.  On November 3, 2025, Parkerson appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Parkerson appeared before the magistrate judge on November 10, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on November 12, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and

Defendant, based on the original offense and the intervening conduct of Parkerson, the magistrate judge recommends that this court revoke Parkerson supervised release and that Parkerson be sentenced to imprisonment for Seven (7) months, with no term supervised release to follow the term of imprisonment, and with credit for time served (Clerk's Document No. 16).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On November 10, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 15). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 16) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) CALEB PARKERSON's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) CALEB PARKERSON be imprisoned for Seven (7) months with no term of supervised release, and with credit for time served.

Signed this 9th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE